DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MANASOTA MATTERS, INC. and NICK HERNANDEZ,

Appellants,

v.

KIM-NOBLE LEGACY TRUST,

Appellee.

No. 2D2024-2887
_____

February 6, 2026

Appeal from the County Court for Sarasota County; Maryann Olson Uzabel, Judge.

Frank M. Malatesta of Malatesta Law Office, Venice, for Appellants.

Derek W. Eisemann of Michael J. Belle, P.A., Sarasota, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.